IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3122 |
| v. | ) | |
| JOSE LUIS NORIEGA PACHECO, | ) | ORDER CONTINUING SENTENCING HEARING |
| Defendant. | ) | |

Defense counsel has made an oral request to continue the sentencing hearing due to a conflict in his schedule. The government has no objection to the continuance.

IT THEREFORE IS ORDERED that:

1. the oral motion, docket entry 27, is granted;

2. the sentencing hearing is continued to December 18, 2008, at 2:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated December 16, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge